**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7135**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

WILLIE BURLEY,

                              Defendant - Appellant.

---

**No. 98-7858**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

WILLIE BURLEY,

                              Defendant - Appellant.

---

Appeals from the United States District Court for the Northern Dis-
trict of West Virginia, at Clarksburg. Irene M. Keeley, District
Judge. (CR-94-59, CA-97-186-1)

---

Submitted: February 25, 1999      Decided: March 8, 1999

---

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

William Berkley Richardson, Jr., RICHARDSON & RICHARDSON, Parkersburg, West Virginia; Kevin Michael Schad, Cincinnati, Ohio, for Appellant. William David Wilmoth, United States Attorney, Wheeling, West Virginia; Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 98-7135, Willie Burley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). In No. 98-7858, Burley seeks to appeal the district court's order denying a certificate of appealability. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we deny the motion for a certificate of probable cause to appeal, deny a certificate of appealability, and dismiss the appeals on the reasoning of the district court. See United States v. Burley, Nos. CR-94-59; CA-97-186-1 (N.D.W. Va. Nov. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED